NO. SCWC-30212

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

RUSTY MAKUE, Petitioner/Defendant-Appellant,

and

WHISTON MAKUE, Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30212; CR. NO. 08-1-1549)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Rusty Makue's

application for writ of certiorari, filed on June 8, 2011, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 15, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice

Stuart N. Fujioka
for petitioner/defendant-
appellant on the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.